UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SEPEDA,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:14-cv-00228 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

        Jeanette Sepeda ("Plaintiff") seeks judicial review of an administrative decision denying her claim for Social Security benefits. (Doc. 1.) Plaintiff filed a motion to proceed *in forma pauperis* with her complaint on February 20, 2014. (Doc. 2.)

        The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

        According to her application, Plaintiff has not been employed since 1976, and has no cash or savings. (Doc. 2 at 1-2.) Plaintiff asserts her only income includes $245 per month for General Assistance and $198 in food stamps. *Id.* at 1. Further, Plaintiff notes she does not have any real estate, stocks, bonds, securities, other financial instruments, an automobile, or other things of value.

*Id.* Given this economic condition, it does not appear that Plaintiff is able to support herself on these funds alone. Consequently, the Court must determine whether Plaintiff is dependent upon another individual who would be able to pay the filing fee.

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes information on how Plaintiff is supporting herself, or whether she is dependent upon another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of her application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **February 25, 2014**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE