# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SEPEDA,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:14-cv-00228- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 13) |

On August 29, 2014, the parties stipulated for Defendant to have an extension of time to serve and lodge the administrative record. (Doc. 13.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 8 at 4), and this is the first extension requested. Thus, the requested extension of seven days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

    1.    The extension of time is **GRANTED** nunc pro tunc; and

    2.    Defendant **SHALL** serve and lodge the administrative record no later than **September 5, 2014.**

IT IS SO ORDERED.

Dated:   **September 2, 2014**                    **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE