# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SEPEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00228- JLT<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE AN OPENING BRIEF<br><br>(Doc. 17) |

On December 1, 2014, the parties stipulated for Plaintiff to have an extension of time file her opening brief. (Doc. 10.)  The Scheduling Order allows for "a single thirty (30) day extension" by stipulation of the parties. (Doc. 8 at 4.)  Previously, the defendant requested an additional seven days to prepare the administrative record. (Docs. 13-14.) Here, Plaintiff seeks an extension of twenty-one days "to allow additional time to fully research the issues presented." (Doc. 17 at 2.)  Because the parties have not used the full thirty days authorized by the Scheduling Order, the extension is appropriate.

　　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　　1.　　Plaintiff's request for an extension of time is **GRANTED**; and

　　　　2.　　Plaintiff **SHALL** file an opening brief on or before **December 22, 2014**.

IT IS SO ORDERED.

　　Dated:　**December 4, 2014**　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE