UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SEPEDA, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:14-cv-00228- JLT <br><br> ORDER GRANTING DEFENDANT AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF <br><br> (Doc. 20) |

On January 21, 2015, the parties stipulated for Defendant to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 20.) The Scheduling Order allows for "a single thirty (30) day extension" by stipulation of the parties. (Doc. 8-1 at 4.) Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id*.) Plaintiff and Defendant previously stipulated for an extension of time for Defendant to prepare and file the administrative record (Doc. 13) and for Plaintiff to file an opening brief. (Doc. 17.) Therefore, the Court construes the stipulation of the parties to be a motion by Defendant for modification of the Court's Scheduling Order.

A scheduling order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The deadlines are considered "firm, real and are to be taken seriously by parties and their counsel." *Shore v. Brown*, 74 Fed. R. Serv. 3d (Callaghan) 1260, 2009 U.S. Dist. LEXIS 94828 at *7 (E.D. Cal.

Oct. 9, 2009). Here, Defendant's counsel requests the extension due to illness and the need for "additional time to consider her position in this case." (Doc. 20 at 1- 2.) The Court will grant Defendant's request for a further extension of time because Plaintiff does not oppose the request. However, the parties are cautioned that no further extensions of time will be granted without a showing of exceptional good cause.

    Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** a response to Plaintiff's opening brief on or before **February 20, 2015**.

IT IS SO ORDERED.

Dated:   **January 21, 2015**                    **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE