# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SEPEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-00228 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On July 30, 2015, Plaintiff Jeanette Sepeda and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 1920 and 28 U.S.C. § 2412.  (Doc. 25)

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $4,930.00 is **AWARDED** to Plaintiff, Jeanette Sepeda.

IT IS SO ORDERED.

Dated:   **August 4, 2015**                           **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE